## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: VERONIKA NEWBY              : CHAPTER 13
                                   :
   Debtor(s)                       : BANKRUPTCY NO. 25-15199

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify, pursuant to the penalty of perjury, that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the original Plan by regular mail to the addresses indicated on the attached Matrix:

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: January 20, 2026

Trustee Kenneth West

U.S. Trustee

Debtor

All Creditors on Matrix

American Heritage Federal Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115


American Heritage Federal Credit Union
3110 Grant Ave
Philadelphia, PA 19114


Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Capital One
Po Box 31293
Salt Lake City, UT 84131


Credence Resource Management, LLC
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195


Credence Resource Management, LLC
4222 Trinity Mills Suite 260
Dallas, TX 75287


Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501


Feasterville Family Practice
83 Buck Road
Holland, PA 18966

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203


Jpmcb
Po Box 15369
Wilmington, DE 19850


North Point One condominium HOA
660 Second Street PIke
c/o Cohen Marraccini LLC
Southampton, PA 18966


PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051


PennyMac Loan Services, LLC
Po Box 514387
Los Angeles, CA 90051


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Po Box 71757
Philadelphia, PA 19176


Toyota Financial Services
Attn: Bankruptcy
Po Box 259004
Plano, TX 75025


Toyota Financial Services
Credit Dispute Research Team
Dallas, TX 75265