### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Veronika L. Newby

                             Debtor(s)

PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns

                             Movant

          vs.

Veronika L. Newby

                             Debtor(s)

Kenneth E. West

                             Trustee

CHAPTER 13

NO. 25-15199 DJB

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about 02/06/2026.

Dated: <u>March 6, 2026</u>

                                  Respectfully submitted,

                                  <u>/s/Matthew Fissel</u>
                                  Matthew Fissel, Esq.
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  Phone: (215)-627-1322
                                  mfissel@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:Veronika L. Newby | **BK NO. 25-15199 DJB** |
| **Debtor(s)** | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC** **Movant** | |
| **vs.** | |
| Veronika L. Newby | |
| **Debtor(s)** | |
| Kenneth E. West | |
| **Trustee** | |

### CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 3/9/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 3/9/2026

/s/ **Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Veronika L. Newby<br>3850 Woodhaven Road<br>Unit 701<br>Philadelphia, PA 19154 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Paul H. Young, Esq.<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |